**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHESAHN CROCKETT,<br><br>                        Petitioner,<br><br>            v.<br><br>R. RACKLEY, Warden,<br><br>                        Respondent. | Case No. 5:18-cv-01765-JVS (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order presented by the United States Magistrate Judge Granting Petitioner's Motion to Withdraw, Denying Respondent's Motion to Dismiss, and Dismissing Case Without Prejudeice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: March 27, 2019

HONORABLE JAMES V. SELNA
United States District Judge